IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DONALD HOPKINS                                                                                          PLAINTIFF

v.                                                                      CIVIL ACTION NO.: 3:19-CV-00214-JMV

ANDREW M. SAUL,
Commissioner of Social Security                                                        DEFENDANT

## ORDER

On this date came for consideration Defendant's Unopposed Motion to Remand [18] pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g), filed by the Commissioner of Social Security, Defendant herein, and the Court being advised in the premises is of the opinion that said Motion should be GRANTED.

It is, therefore, ORDERED that this cause is REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Commissioner shall instruct the ALJ to specifically address the opinion evidence and give further consideration to plaintiff's residual functional capacity and issue a new decision.

THIS, the 4th day of February, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE