IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DONALD HOPKINS**                                                      **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO.: 3:19-CV-00214-JMV**

**ANDREW M. SAUL,**
**Commissioner of Social Security**                                    **DEFENDANT**

## FINAL JUDGMENT

Consistent with the Order [19] granting Defendant's motion for remand of this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand the Commissioner shall instruct the ALJ to specifically address the opinion evidence and give further consideration to plaintiff's residual functional capacity and issue a new decision.

       THIS, the 4th day of February, 2020.

                                           /s/ Jane M. Virden
                                           UNITED STATES MAGISTRATE JUDGE