IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DONALD WESLEY HOPKINS**                                          **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.: 3:19-CV-00214-JMV**

**ANDREW SAUL**                                          **DEFENDANT**

## ORDER

**BEFORE THE COURT** are Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [21], and the Commissioner's response [22]. For the reasons stated in Plaintiff's motion, and hearing no objection from Defendant, the Court finds Plaintiff's attorney fee award request is reasonable, and the request for reimbursement for costs is well taken. Accordingly, it is hereby ORDERED that Plaintiff's motion is granted, and Plaintiff is awarded $5,804.90 in attorney fees. Pursuant to *Astrue vs. Ratliff*, 130 S. Ct. 2521 (2010), however, the check should be made payable to Plaintiff. Lastly, it is further ORDERED that Plaintiff is awarded $420.55 as reimbursement for costs.

SO ORDERED this 7th day of April, 2020.

                                                       /s/ Jane M. Virden
                                                       United States Magistrate Judge